IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAELANGELO CORRIAS,           )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     1:05CV1111
                                 )
UNUMPROVIDENT CORP., et. al.     )
                                 )
            Defendant.           )

### **J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's first motion for summary judgment (docket no. 16) is granted and that this action is dismissed.

_____
United States Magistrate Judge

January 16, 2007